1  E. MARTIN ESTRADA
2  United States Attorney
   DAVID M. HARRIS
3  Assistant United States Attorney
4  Chief, Civil Division
   CEDINA M. KIM
5  Assistant United States Attorney
6  Senior Trial Attorney, Civil Division
   ANDREA BANKS, CSBN 275286
7  Special Assistant United States Attorney
8      Office of Program Litigation, Office 7
       Office of the General Counsel
9      Social Security Administration
       6401 Security Boulevard
10     Baltimore, MD 21235
       Tel: 510-970-4803
11     Fax: 415-744-0134
12     E-mail: Andrea.Banks@ssa.gov

13  Attorneys for Defendant

14                 UNITED STATES DISTRICT COURT
15                CENTRAL DISTRICT OF CALIFORNIA
                         WESTERN DIVISION
16

17  GLORIA S. GARLICHS,                No.  2:23-cv-01110-KES

18              Plaintiff,

19  v.                                 [~~PROPOSED~~]
                                       JUDGMENT OF REMAND
20  KILOLO KIJAKAZI,

21  Acting Commissioner of Social
    Security,
22
                Defendant.
23

JS-6

1      The Court having approved the parties' Stipulation to Remand for Further

2  Proceedings Pursuant to Sentence Four of 42.U.S.C. § 405(g) and for Entry of

3  Judgment in Favor of Plaintiff ("Stipulation to Remand") lodged concurrent with

4  the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED,**

5  **ADJUDGED AND DECREED** that the above-captioned action is remanded to the

6  Commissioner of Social Security for further proceedings consistent with the

7  Stipulation to Remand.

8  DATED:    June 15, 2023

9                HON. KAREN E. SCOTT

10              UNITED STATES MAGISTRATE JUDGE