LAW OFFICES OF BILL LATOUR
ALEX PANUTICH [CSBN: 257274]
   1420 E. Cooley Dr., Suite 100
   Colton, California 92324
   Telephone: (909) 796-4560
   Facsimile: (909) 796-3402
   E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – CENTRAL DIVISION

| | |
|---|---|
| GLORIA GARLICHS, | No. 2:23-cv-01110-KES |
| Plaintiff, | [PROPOSED] ORDER AWARDING EAJA FEES |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

   Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

   IT IS ORDERED that EAJA attorney fees are awarded in the amount of FIVE THOUSAND ONE HUNDRED SIXTY-SIX DOLLARS AND NO/100 ($5,166) and zero ($0.00) costs, subject to the terms of the stipulation.

DATE: July 12, 2023     _/s/ Karen E. Scott_

HON. KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE

-1-